# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1403
_____

TIMOTHY JONES,

> Appellant,

v.

STATE OF FLORIDA,

> Appellee.

_____

On appeal from the County Court for Alachua County.
Susan Miller-Jones, Judge.

October 9, 2024

PER CURIAM.

AFFIRMED. *See State v. Creller*, 386 So. 3d 487, 489 (Fla. 2024) (reaffirming that "once a driver has been lawfully stopped for a traffic violation, police officers may order the driver out of the vehicle for officer safety reasons without violating the Fourth Amendment's prohibition of unreasonable searches and seizures"); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023) (holding that a statutory cost of prosecution can be levied without being specifically requested by the State).

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.